**UNITED STATES DISCTICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD S. FOWLER, *pro se*<br>546 23rd Avenue NE<br>Washington, DC 20002<br>(240) 501-7241<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TRANS UNION SETTLEMENT SOLUTIONS, INC.<br>5300 Brandywine Parkway<br>Wilmington, DE 19803<br><br>　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

Defendant, Trans Union Settlement Solutions, Inc. ("TUSSI"), pursuant to 28 U.S.C. §§1441 and 1446, hereby files this Notice of Removal of this action from the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch (the "State Court"), wherein it is now pending as Case No. SC 07 SC(3) 9985 (the "State Court Action"), to this Court. In support hereof, TUSSI shows this Court as follows:

1. The State Court Action was filed on November 13, 2007 in the State Court entitled Richard S. Fowler v. Trans Union Settlement Solutions, Inc.

2. TUSSI first received Plaintiff's Statement of Claim on November 15, 2007, through service on TUSSI's registered agent for service of process. (Exhibit "A.")

3. Removal is timely because 30 days have not elapsed since TUSSI received Plaintiffs' Statement of Claim, the initial pleading setting forth the grounds for Plaintiffs' action and their claims for relief.

4.  A copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as Exhibit "B."

5.  Pursuant to 28 U.S.C. §1441, this Court has original jurisdiction over the State Court Action because Plaintiff's Statement of Claim alleges a claim arising under 15 U.S.C. §1681, *et seq.*, the federal Fair Credit Reporting Act ("FCRA"). (Exhibit "B.")

6.  This Court has original jurisdiction over FCRA claims without regard to the amount in controversy, pursuant to 15 U.S.C. §§1681p and 1692k and 28 U.S.C. §1331.

7.  The State Court is within this Court's district and division.

8.  Promptly after the filing of this Notice of Removal, TUSSI shall provide notice of removal to Plaintiff and to the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, TUSSI prays that the State Court Action be removed to this Court.

Respectfully submitted,

GOHN, HANKEY & STICHEL, LLP

H. Mark Stichel, Esq.
Bar No. 503038
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
Email: hmstichel@ghsllp
Attorney for Trans Union LLC

Dated: December 7, 2007

## **CERTIFICATE OF SERVICE**

H. Mark Stichel, Esq., hereby certifies he caused a true and correct copy of the foregoing Trans Union Settlement Solution, Inc.'s Notice of Removal to be served on this date *via* First Class Mail to the following:

Mr. Richard S. Fowler
546 23rd Street N.E.
Washington, D.C. 20002

_____
H. Mark Stichel

Dated: December 7, 2007

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
RICHARD S. FOWLER, pro se

### DEFENDANTS
TRANS UNION SETTLEMENT SOLUTIONS, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Dist. of Columbia__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __New Castle Co., DE__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Richard S. Fowler, pro se
546 23rd Avenue, NE
Washington, DC 20002
(240) 501-7241

ATTORNEYS (IF KNOWN)

H. Mark Stichel
Bar No. 503038
GOHN HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*
- ☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ● F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ● 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Fair Credit Reporting Act, 15 U.S.C. 1681, et seq.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 5,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☐   If yes, please complete related case form.

DATE 12/6/07   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**EXHIBIT A**



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

PXM / ALL
Transmittal Number: 5444771
Date Processed: 11/15/2007

| | |
|---|---|
| **Primary Contact:** | Patricia Lyn Norris<br>Trans Union LLC<br>555 W. Adams Street<br>Chicago, IL 60661-3601 |
| **Entity:** | Trans Union Settlement Solutions, Inc.<br>Entity ID Number 2098773 |
| **Entity Served:** | TransUnion Settlement Solutions Inc. |
| **Title of Action:** | Richard S. Fowler vs. TransUnion Settlement Solutions Inc. |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Other |
| **Court:** | Superior Court, District Of Columbia |
| **Case Number:** | SC07SC(3)9985 |
| **Jurisdiction Served:** | District Of Columbia |
| **Date Served on CSC:** | 11/15/2007 |
| **Answer or Appearance Due:** | 12/11/2007 |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Richard S. Fowler<br>240-501-7241 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

**EXHIBIT B**

# Superior Court of the District of Columbia

Small Claims Form 11     **CIVIL DIVISION**     General
**SMALL CLAIMS AND CONCILIATION BRANCH**
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

RICHARD S. FOWLER (Plaintiff(s))    (1) TRANSUNION SETTLEMENT SOLUTIONS INC (Defendant(s))

546 23RD NE    vs.    (2) _____

WASH DC 20002    (3) _____
Address    Zip Code

Phone No. 240 501-7241    No. SC 07sc(3)9985

## STATEMENT OF CLAIM

TRANS UNION HAS JUDGEMENTS ON MY CREDIT FILE THAT IS NOT MINE, WHICH IS DAMAGING MY CREDIT STATUS ON 1-12-07

DISTRICT OF COLUMBIA, SS: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Richard S. Fowler / Richard S. Fowler    Address 546 23RD ST NE
Plaintiff/Agent (Sign and Print Name)    WASHINGTON DC 20002

Title: _____    City/State/Zip Code
Phone No.: 240 501-7241

Subscribed and sworn to before me this 15th day of November, 20 07
(month and year)

Deputy Clerk (or notary public)

Attorney for Plaintiff (Sign and Print Name)

Address _____ Zip Code _____
Bar No.: _____ Phone No.: _____

**NOTICE (All parties must notify the court of any address changes.)**

To:
(1) TRANSUNION SETTLEMENT SOLUTIONS INC (2) _____
C/O CORPORATION SERVICE COMPANY
1090 VERMONT AVE NW WASH DC 20005
Address    Zip Code    Address
☐ Home ☑ Business    ☐ Home    ☐ Business

FILED RECEIVED NOV 15 2007 Clerk Superior Court of the District of Columbia Small Claims Branch

You are hereby notified that RICHARD S. FOWLER has made a claim and is requesting judgment against you in the sum of FIVE THOUSAND dollars ($ 5000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 12/11/07 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES
Deputy Clerk
Small Claims and Conciliation Branch

CV-471/JUL. 06

## INSTRUCTIONS TO DEFENDANT(S)

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services (682-2700) OR THE D.C. Law Students in Court program (638-4798) or Legal Counsel for the Elderly @ (202) 434-2170 for help or come to Building B, 510 4th Street N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: **www.lawhelp.org/dc.** **Act Promptly.**

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance,

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., BUILDING B, 510 4TH STREET N.W., ROOM 120.

CV-471/JUL. 06





2007 SC(3) 9985
12/11/07
TransUnion Settlement Solutions Inc. c/o
Corporation Service Company
1090 Vermont Ave NW
Washington DC 20005

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH

| | |
|---|---|
| RICHARD S. FOWLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION SETTLEMENT SOLUTIONS, )<br>INC., )<br>)<br>Defendant. ) | Case No.: SC07SC(3)9985 |

## NOTICE TO STATE COURT OF REMOVAL

Please take notice that on December 7, 2007, Defendant Trans Union Settlement Solutions, Inc. ("TUSSI") removed this action to the United States District Court for the District of Columbia at Docket No: _____. A true and correct copy of TUSSI's Notice of Removal is attached hereto as *Exhibit A*.

                                                          Respectfully submitted,

                                                          GOHN, HANKEY & STICHEL, LLP

                                                          */s/ H. Mark Stichel*
                                                          H. Mark Stichel, Esq.
                                                          Bar No. 503038
                                                          201 North Charles Street, Suite 2101
                                                          Baltimore, MD 21201
                                                          Telephone: (410) 752-9300
                                                          Fax: (410) 752-2519
                                                          Email: hmstichel@ghsllp
                                                          Attorney for Trans Union LLC

Dated: December 7, 2007

## CERTIFICATE OF SERVICE

H. Mark Stichel, Esq., hereby certifies he caused a true and correct copy of the foregoing Trans Union Settlement Solution, Inc.'s Notice to State Court of Removal to be served on this date *via* First Class Mail to the following:

Mr. Richard S. Fowler
546 23rd Street N.E.
Washington, D.C. 20002

_____
H. Mark Stichel

Dated: December 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Richard S. Fowler_
Plaintiff

v.                                  Civil Action No.   07 2206

_Trans Union Settlement Solutions, Inc._
Defendant

DEC - 7 2007

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **BATES, J. JDB**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Kiggins_
Deputy Clerk

cc: _Richard S. Fowler_

929A
Rev. 7/02