UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD S. FOWLER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: |
| TRANS UNION SETTLEMENT SOLUTIONS, INC. | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATION UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant, Trans Union Settlement Solutions, Inc. ("TUSSI"), certify that to the best of my knowledge and belief, there are no entities that have any securities outstanding in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                      Respectfully submitted,

                                                      GOHN, HANKEY & STICHEL, LLP

                                                      */s/ H. Mark Stichel*
                                                      H. Mark Stichel, Esq.
                                                      Bar No. 503038
                                                      201 North Charles Street, Suite 2101
                                                      Baltimore, MD 21201
                                                      Telephone: (410) 752-9300
                                                      Fax: (410) 752-2519
                                                      Email: hmstichel@ghsllp
                                                      Attorney for Trans Union LLC

Dated: December 7, 2007

## CERTIFICATE OF SERVICE

H. Mark Stichel, Esq., hereby certifies he caused a true and correct copy of the foregoing Certification Under LCvR 7.1 to be served on this date *via* First Class Mail to the following:

Mr. Richard S. Fowler
546 23rd Street N.E.
Washington, D.C. 20002

_____
H. Mark Stichel

Dated: December 7, 2007