UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD S. FOWLER, *pro se*  )
546 23rd Avenue NE            )
Washington, DC  20002         )
(240) 501-7241                )
                              ) Case No.:
            Plaintiff,        )
                              )
      v.                      )
                              )
TRANS UNION SETTLEMENT SOLUTIONS, )
INC.                          )
5300 Brandywine Parkway       )
Wilmington, DE  19803         )
                              )
            Defendant.        )

## ANSWER OF DEFENDANT, TRANS UNION SETTLEMENT SOLUTIONS, INC.

Trans Union Settlement Solutions, Inc. ("TUSSI"), Answers Plaintiff's Statement of Claim filed in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch (hereafter "Complaint") as follows:

1. Denies the allegations contained in Plaintiff's Complaint.

WHEREFORE, TUSSI demands judgment dismissing Plaintiff's Complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

### FIRST DEFENSE

The Complaint fails to state a claim for which relief may be granted.

### SECOND DEFENSE

Trans Union has, at all material times with respect to Plaintiff, acted in good faith and complied fully with the FCRA and other relevant laws.

### THIRD DEFENSE

Any harm suffered by Plaintiff was not caused by any act or omission of TUSSI.

## FOURTH DEFENSE

Any harm suffered by Plaintiff was caused by Plaintiff's own conduct or the conduct of third parties over which TUSSI has no control or authority.

WHEREFORE, TUSSI demands judgment dismissing Plaintiff's Complaint with prejudice, and awarding it such additional relief as the Court deems just and proper.

Respectfully submitted,

GOHN, HANKEY & STICHEL, LLP

H. Mark Stichel, Esq.
Bar No. 503038
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
Email: hmstichel@ghsllp
Attorney for Trans Union LLC

Dated: December 7, 2007

## CERTIFICATE OF SERVICE

H. Mark Stichel, Esq., hereby certifies he caused a true and correct copy of the foregoing Answer of Defendant Trans Union Settlement Solution, Inc., to be served on this date *via* First Class Mail to the following:

Mr. Richard S. Fowler
546 23rd Street N.E.
Washington, D.C. 20002

_____
H. Mark Stichel

Dated: December 7, 2007