UNITED STATES DISCTICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD S. FOWLER, *pro se*
)
) Plaintiff,
)
v.
)
) Case No.: 1:07-cv-02206-JDB
)
TRANS UNION SETTLEMENT SOLUTIONS,
INC.,
)
) Defendant.
)

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, Pursuant to Fed.R.Civ.P. 41 (a) (1) (ii) by and between the Plaintiff and Trans Union Settlement Solutions, Inc., hereby stipulate that this action is dismissed with prejudice. Each party to this stipulation to bear its own costs and attorney's fees.

Respectfully submitted this 9 day of JANUARY, 2008,

_____
Richard S. Fowler, Sr.
546 23rd Place NE
Washington, DC 20002
*Plaintiff Pro Se*

_____
H. Mark Stichel
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
*Counsel for Trans Union, LLC*

SO ORDERED:

_____ J.

DATED: Jan. 9, 2008